NUMBERS

 13-05-621-CV 

 13-06-009-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

AVERY LOUIS McADAMS, ET AL.,                            Appellants,

 

                                           v.

 

UNION
GAS CORP, ET AL.,                                       Appellees.

___________________________________________________________________

 

                  On appeal from the 24th  District
Court

                           of Victoria
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 








Cross-appellants, AVERY LOUIS McADAMS, NEVA BILLO McADAMS, ROBERT BILLO McADAMS, MATTIE
NELL McADAMS DIEBEL, LEA EMILIA McADAMS FOSSATI, MARLON BRYAN McADAMS, AND
JAMIE RAY McADAMS, perfected an appeal from a judgment entered by the 24th District Court of Victoria County, Texas, in
cause number 01-12-57,427-A. 
After the record was filed, cross-appellants filed a motion to dismiss
their cross-appeal. 
Cross-appellants state that they no longer wish to prosecute their
appeal.  Cross-appellants= appeal is severed
from the original appeal and is docketed under cause number 13-06-009-CV.

Having considered
cross-appellants= motion to dismiss
their appeal and the documents on file, this Court is of the opinion that the
motion should be granted.  The motion to
dismiss cross-appellants= appeal is hereby
granted.  The appeal in cause number
13-06-009-CV is ordered DISMISSED.  The
remaining issues in the appeal will remain docketed under cause number 13-05-621-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 12th day of January, 2006.